```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

RICARDO DE JESUS GARCIA,

        Plaintiff,

v.                                    Case No. 3:05-cv-571-J-16TEM

NATHAN[IEL] GLOVER, etc.; et al.,

        Defendants.

_____

## ORDER

1.  Upon review of the Civil Rights Motion (Doc. #2) (hereinafter Complaint) and Defendant, Sheriff Nathaniel Glover's, Notice of Removal (Doc. #1), it is clear that this case was removed to this Court because Plaintiff raises claims pursuant to 42 U.S.C. § 1983, based upon events that allegedly took place while Plaintiff was incarcerated at the Duval County Jail. Accordingly, the Clerk shall change the nature of suit in this case from 440 to 555.

2.  Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. #3) is **MOOT** because Defendants paid the full $250.00 filing fee when this case was removed from state court.

3.  Plaintiff's Motion to Show Cause Why Plaintiff[']s Civil Action Pursuant to 42 U.S.C. § 1983 Should Not Be Granted and Summary Judgment (Doc. #5) is **DENIED**.[1]

---

[1] Clearly, the Defendants have not defaulted in this case. *See* Defendant, Sheriff Nathaniel Glover's, Motion to Dismiss Plaintiff's Complaint (Doc. #9) at 1. Furthermore, since Plaintiff's motion for summary judgment was filed well before any Defendants were served, it is premature.

4.  Defendant, Sheriff Nathaniel Glover's, Motion to Dismiss Plaintiff's Complaint (Doc. #9) was filed on June 22, 2005.  Since the Plaintiff is appearing *pro se*, he is advised out of an abundance of caution[2] that the granting of this motion would represent a final adjudication of this case which may foreclose subsequent litigation on the matter.  Plaintiff, within **TWENTY (20) DAYS** from the date of this Order, shall file a response to Defendant, Sheriff Nathaniel Glover's, Motion to Dismiss Plaintiff's Complaint (Doc. #9).  Failure to do so will result in the dismissal of this action for Plaintiff's failure to prosecute.

5.  Consideration of Defendant, Sheriff Nathaniel Glover's, Motion to Dismiss Plaintiff's Complaint (Doc. #9) is **DEFERRED** until after Plaintiff has had the opportunity to comply with paragraph 4 of this Order.

**DONE AND ORDERED** at Jacksonville, Florida, this 11th day of August, 2005.

JOHN H. MOORE II
United States District Judge

ps 8/10

c:

Ricardo de Jesus Garcia

---

[2] *See Griffith v. Wainwright*, 772 F.2d 822, 825 (11th Cir. 1985) wherein the Court expressed concern about *pro se* litigants in summary judgment cases.